## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christie Quilez, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　　- against -<br><br>Mondelez Global LLC,<br><br>　　　　　　　　　Defendant | 1:23-cv-01889-VM |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Christie Quilez hereby voluntarily dismisses with prejudice all claims, causes of action, and parties. Each side shall bear its own attorneys' fees and costs.

Dated:   August 9, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　Sheehan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　60 Cuttermill Rd Ste 412
　　　　　　　　　　　　　　　　　　　　Great Neck NY 11021
　　　　　　　　　　　　　　　　　　　　(516) 268-7080
　　　　　　　　　　　　　　　　　　　　spencer@spencersheehan.com